**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

AZIZ M.A. AL-MUQALEH,

    Plaintiff,

v.                                                     Case No. 15-10454

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
                                                   /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Denying Plaintiff's Amended Motion for Summary Judgment; and (4) Granting Defendant's Motion for Summary Judgment" dated March 29, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Aziz Al-Muqaleh.

Dated at Detroit, Michigan, this 29th day of March 2016.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: March 29, 2016

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2016, by electronic and/or ordinary mail.

                                              S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522